IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RANDY BROWN       *

              * CIVIL ACTION NO. RWT-05-903

PRINCE GEORGE'S COUNTY BOARD   *
OF EDUCATION

         ******

## MEMORANDUM OPINION

On January 14, 2005, Plaintiff Randy Brown, a resident of the District of Columbia, filed this short, one-page pro se employment discrimination Complaint in the United States District Court for the District of Columbia, alleging that Defendant ignored his request for accommodation related to his "cognitive disability" and fired him without acknowledging his request for additional time to satisfy outstanding job requirements. (Paper No.

Counsel entered an appearance on behalf of Plaintiff and filed a motion to transfer the case to the United States District Court for the District of Maryland, Southern Division. (Paper No. 4). On February 28, 2005, Judge Royce C. Lamberth granted the motion to transfer. The case was electronically transferred to this court on April 1, 2005. The case was reassigned to the undersigned on April 19, 2005.

The undersigned observes that on January 13, 2005, Plaintiff filed an identical original one-page pro se Complaint with this court. *See Brown v. Prince George's County Bd. of Educ.*, Civil Action No. RWT-05-114 at Paper No. 1  Counsel subsequently filed a court-ordered Amended Complaint, which provided a more developed factual and legal basis for Plaintiff's employment discrimination claims under the Americans with Disabilities Act and Title VII of the Civil Rights

Act.[1]  *Id.* at Paper No. 13.

Plaintiff's employment discrimination claims against Defendant are already pending before the court through the Amended Complaint filed by counsel in *Brown v. Prince George's County Bd. of Educ.*, Civil Action No. RWT-05-114. He plainly has a civil forum for consideration of his claims and will not be prejudiced by the dismissal of this Complaint. Therefore, the undersigned finds that for purposes of judicial economy it makes eminent sense to dismiss this action.

A separate Order follows.

Date: July 11, 2005

Roger W. Titus
United States District Judge

---

[1]  Plaintiff has been denied leave to proceed in forma pauperis and ordered to pay a partial filing fee on or before May 11, 2005. *See Brown v. Prince George's County Bd. of Educ.*, Civil Action No. RWT-05-114 at Paper No. 14.